**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| ***Plaintiff,*** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 26-cr-487-1** |
| **HACINA SAADI,** | : | |
| ***Defendant.*** | : | |

**MOTION AND ORDER**

**AND NOW**, this **13th** day of **October 2026**, the Court having received an email request from the Defendant to reschedule the Arraignment and Plea hearing, it is **ORDERED** that the request is treated as a motion, and upon consideration the motion is **GRANTED.**

**BY THE COURT:**

José R. Arteaga

Digitally signed by José R. Arteaga
Date: 2026.10.13 14:52:03 -04'00'

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*